1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CHAVEZ,

      Plaintiff,

   v.

EDMOND G. BROWN, et al.,

      Defendants.

Case No. 18-07049 BLF (PR)

**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION**

On November 20, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion to proceed *In Forma Pauperis* ("IFP"). (Docket Nos. 1, 2.)  On the same day, the Clerk sent Plaintiff a notice that the IFP motion was deficient because it did not include a Certificate of Funds in Prisoner's Account signed by an authorized officer and a prisoner trust account statement showing transactions for the last six months.  (Docket No. 3.)  On December 3, 2018, Plaintiff filed a second IFP motion containing an inmate statement report and an unsigned Certificate of Funds in Prisoner's Account.  (Docket No. 5.)

In the interest of justice, the Court shall grant Plaintiff an extension of time to file a completed Certificate of Funds in Prisoner's Account signed by an authorized prison official.  Plaintiff shall file the Certificate **within twenty-eight (28) days** from the filing

date of this order.

**Failure to respond in accordance with this order in the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff.**

The Clerk is directed to send Plaintiff two copies of the Certificate of Trust Funds in Prisoner's Account form with a copy of this order.

**IT IS SO ORDERED.**

Dated: <u>January 8, 2019</u>

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time to File Complete IFP App.
P:\PRO-SE\BLF\CR.18\07049Chavez_eot-ifp.docx