1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11
JOSE CHAVEZ,

Plaintiff,

12

v.

13

14
EDMOND G. BROWN, et al.,

15
Defendants.

16

17

Case No. 18-07049 BLF (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION**

(Docket No. 7)

18      On November 20, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint

19  pursuant to 42 U.S.C. § 1983, and a motion to proceed *In Forma Pauperis* ("IFP").

20  (Docket Nos. 1, 2.)  On the same day, the Clerk sent Plaintiff a notice that the IFP motion

21  was deficient because it did not include a Certificate of Funds in Prisoner's Account signed

22  by an authorized officer and a prisoner trust account statement showing transactions for the

23  last six months.  (Docket No. 3.)  On December 3, 2018, Plaintiff filed a second IFP

24  motion containing an inmate statement report and an unsigned Certificate of Funds in

25  Prisoner's Account.  (Docket No. 5.)  On January 8, 2019, in the interest of justice, the

26  Court *sua sponte* granted Plaintiff an extension of time until February 5, 2019, to file a

27  completed Certificate of Funds in Prisoner's Account signed by an authorized prison

28  official.  (Docket No. 6.)  Plaintiff has filed a letter requesting additional time to obtain a

1  the document because he is in the SHU and having difficulty obtaining legal assistance.

2  (Docket No. 7.)

3      Having shown good cause, Plaintiff's request is **GRANTED**.  Plaintiff shall file a

4  signed Certificate **within twenty-eight (28) days** from the filing date of this order.

5      **Plaintiff is advised that failure to file a signed Certificate within the time**

6  **provided will result in the dismissal without prejudice of this action without further**

7  **notice to Plaintiff.**

8      **IT IS SO ORDERED.**

9  Dated: ___January 30, 2019___

10                                     BETH LABSON FREEMAN
                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  Order Granting Request for Ext. of Time to File Complete IFP App.
    P:\PRO-SE\BLF\CR.18\07049Chavez_eot2-ifp.docx

27

28                                     2