1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## NORTHERN DISTRICT OF CALIFORNIA

7

8  JOSE CHAVEZ,

Case No. 18-07049 BLF (PR)

         Plaintiff,

9

**ORDER OF TRANSER**

    v.

10

11  EDMUND BROWN, et al.,

12           Defendants.

13
14
15

     Plaintiff, who is currently being held at the Corcoran Prison, filed a *pro se* civil

16  rights complaint against prison officials at Kern Valley State Prison, ("KVSP"), where he

17  was formally incarcerated. Because defendants reside in and the acts complained of

18  occurred in Kern County, which lies within the venue of the Eastern District of California,

19  *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28

20  U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District

21  Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

22       The Clerk shall terminate all pending motions and transfer the entire file to the

23  Eastern District of California.

24       **IT IS SO ORDERED.**

25  **Dated:** ___March 28, 2019___

26                              BETH LABSON FREEMAN
                            United States District Judge

27  Order of Transfer
PRO-SE\EJD\CR.18\07049Chavez_transfer (ED)

28